**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RALPH BUNTON                                                                                               PLAINTIFF

v.                                          No. 4:13CV00610-JLH-JTK

JOHN RANDALL, et al.                                                                                DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Wooley's motion for summary judgment (Document #14) is GRANTED, and plaintiff's complaint against her is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE