IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RALPH BUNTON                                                                                         PLAINTIFF

v.                                    No. 4:13CV00610-JLH-JTK

JOHN RANDALL, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED  The relief sought is denied.

IT IS SO ADJUDGED this 19th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE